NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000626
11-APR-2024
07:51 AM
Dkt. 73 ODSD**

NO. CAAP-22-0000626

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PAMELA RICHARDS KETCHUM and JOHN A RICHARDS,
Respondents-Appellants, v.
HERBERT M. RICHARDS, III and PATRICIA RICHARDS GILES,
Claimants-Appellees, and
HONORABLE RIKI MAY AMANO (RET.) TRUSTEE,
Interested Party-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CSP-21-0000236)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Nakasone and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on or before March 4, 2024;

(2) Respondents-Appellants Pamela Richards Ketchum and John A. Richards (Appellants) failed to file the opening brief or request another extension of time;

(3) On March 6, 2024, the appellate clerk entered a default notice informing Appellants that the time for filing the opening brief expired March 6, 2023, the matter would be called to the court's attention on March 18, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Appellants could request relief from default by motion;

(4) On March 12, 2024, the appellate clerk entered an amended default notice to correct the opening brief filing deadline to March 4, 2024; and

(5) Appellants have not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawai‘i, April 11, 2024.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge